1242

No. 83–1689. BROWN, ADMINISTRATRIX OF THE ESTATE OF BROWN, ET AL. *v.* BROWN ET AL. Sup. Ct. Va. Certiorari denied.

No. 83–1690. GUSTAFSON *v.* BOARD OF GOVERNORS, FEDERAL RESERVE SYSTEM, ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–1698. D. E. ROGERS ASSOCIATES, INC., ET AL. *v.* GARDNER-DENVER CO. C. A. 6th Cir. Certiorari denied.

No. 83–1705. PEKARSKI ET AL. *v.* ABRAHAM. C. A. 3d Cir. Certiorari denied.

No. 83–1707. ROTHMANN ET AL. *v.* M.V. RESOLUTE ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–1709. STEIN *v.* GAGLIARDO. C. A. 6th Cir. Certiorari denied.

No. 83–1717. ALABAMA SURFACE MINING RECLAMATION COMMISSION *v.* COMMERCIAL STANDARD INSURANCE CO. Ct. Crim. App. Ala. Certiorari denied.

No. 83–1720. KORN ET AL. *v.* RABBINICAL COUNCIL OF CALIFORNIA ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 83–1724. GRIFFIS *v.* DELTA FAMILY-CARE DISABILITY AND SURVIVORSHIP PLAN ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–1730. SEA-HIRE SERVICE, S. A. *v.* TRINIDAD CORP. C. A. 2d Cir. Certiorari denied.

No. 83–1742. SCOTT ET AL. *v.* SIEBEL, EXECUTRIX OF THE ESTATE OF SIEBEL, ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–1769. BURCHE *v.* WALTERS ET AL. Ct. App. Iowa. Certiorari denied.

No. 83–1773. EILERSON ET AL. *v.* OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.